Walter CLEMONS

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Sept. 20, 1957.

O. J. Cockrell, Jackson, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

We are affirming the judgment fining Walter Clemons $100 and sentencing him to 60 days in jail for selling intoxicating liquor in Local Option Territory because we do not believe that he had been placed in jeopardy previously.

The motion for an appeal is overruled, and the judgment is affirmed.